IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARAVELS, LLC,<br>d/b/a Georgia Transformer Corp.,<br><br>    Plaintiff,<br><br>v.<br><br>WEIDMANN ELECTRICAL<br>TECHNOLOGY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 7:20-cv-00047-GEC<br>)<br>)<br>)<br>)<br>)<br>) |

## **AGREED DISMISSAL ORDER**

This day came the parties to this case, by counsel, and informed the Court that all matters herein have been fully settled and requested dismissal of this case.

Upon consideration whereof, it is hereby ORDERED and ADJUDGED that the Plaintiff's Amended Complaint, and this case, are hereby DISMISSED, in their entirety, with prejudice.

This matter shall be stricken from the active docket of this Court.

ENTERED this 9th day of March, 2021.

_____
Senior United States District Judge

Requested by:

/s/ *Robert A. Ziogas*
Robert A. Ziogas (VSB No. 24964)
Paul G. Beers (VSB No. 26725)
Glenn, Feldmann, Darby & Goodlatte
37 Campbell Avenue, S.W.
P.O. Box 2887
Roanoke, Virginia 24001-2887
Telephone: (540) 224-8037
Facsimile: (540) 224-8050
Email: rziogas@glennfeldmann.com
       pbeers@glennfeldmann.com

Counsel for Plaintiff


Seen and agreed to:


/s/ *Lindsey A. Lewis*
Lindsey A. Lewis (VSB No. 73141)
Franklin & Prokopik, P.C.
5516 Falmouth Street, Suite 203
Richmond, Virginia 23230
Telephone: (804) 932-1996
Facsimile: (804) 403-6007
Email: llewis@fandpnet.com

Counsel for Defendant